**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY BUTLER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>AUDREY GILL,<br><br>　　　　Respondent. | Case No. 1:14-cv-00022-BAM-HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR SUMMARY JUDGMENT (DOC. 11) |

　　Petitioner is a federal prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment, by manifesting their consent in writings signed by the parties or their representatives and filed by Petitioner on January 24, 2014, and on behalf of Respondent on January 23, 2014.

　　Pending before the Court is Petitioner's motion for summary judgment, which was filed on January 28, 2014.

　　This Court has the inherent power to control its docket and the

1

disposition of its cases with economy of time and effort for both the court and the parties.  Landis v. North American Co., 299 U.S. 248, 254-255 (1936); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992).  In light of all the proceedings in this case, the Court exercises its discretion to consider Petitioner's motion for summary judgment without requiring the filing of opposition.

Petitioner's motion is premised upon what Petitioner asserts was Respondent's failure to file a timely response.  However, the Court's order to Respondent to file a response within sixty days was served on Respondent on January 28, 2014.  Respondent has not failed to comply with an order of the Court.  The petition, which concerns a prison disciplinary proceeding, has been pending only since January 6, 2014.

Further, insofar as Petitioner seeks an adjudication of the merits of his petition, Petitioner's motion is premature in view of the absence of a response to the petition and a traverse or reply.

Accordingly, Petitioner's motion for summary judgment is DENIED.

IT IS SO ORDERED.

Dated:   **January 29, 2014**               /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

2