# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BUTLER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>AUDREY GILL,<br><br>　　　　Respondent. | Case No. 1:14-cv-00022-BAM-HC<br><br>ORDER DISMISSING PETITIONER'S MOTION TO WITHDRAW HIS MOTION FOR SUMMARY JUDGMENT (DOC. 13) |

　　　Petitioner is a federal prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment, by manifesting their consent in writings signed by the parties or their representatives and filed by Petitioner on January 24, 2014, and on behalf of Respondent on January 23, 2014.

　　　Pending before the Court is Petitioner's motion to withdraw his previously filed motion for summary judgment.  Petitioner's motion

1

to withdraw was filed on February 4, 2014, after the Court had denied Petitioner's motion for summary judgment on January 29, 2014.

    Accordingly, Petitioner's motion to withdraw his motion for summary judgment is DISMISSED as moot.

IT IS SO ORDERED.

   Dated:   **February 27, 2014**       /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE