UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BUTLER,<br><br>        Petitioner,<br><br>    v.<br><br>AUDREY GILL, Warden,<br><br>        Respondent. | 1:14-cv-00022 BAM (HC)<br><br>ORDER DISREGARDING<br>APPLICATION TO PROCEED<br>IN FORMA PAUERIS AS MOOT<br><br>(Document# 16) |

    Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2241.

    On June 4, 2014, petitioner filed an application to proceed in forma pauperis.  Due to the fact that petitioner has already been authorized to proceed, and has been proceeding, in forma pauperis pursuant to the Court's order issued on January 7, 2014, IT IS HEREBY ORDERED THAT petitioner's application to proceed in forma pauperis is DISREGARDED as moot.

IT IS SO ORDERED.

    Dated:   **June 5, 2014**                         /s/ Barbara A. McAuliffe
                                                                      UNITED STATES MAGISTRATE JUDGE